**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **YARISSA ESTELA MARTINEZ ALVARENGA** | **CASE NO. 6:26-CV-00780 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **PAM BONDI, ET AL.** | **MAGISTRATE JUDGE PEREZ-MONTES** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED, ADJUDGED AND DECREED that the Petition for Writ of Habeas Corpus by Yarissa Estela Martinez Alvarenga is DISMISSED without prejudice for lack of jurisdiction.

THUS DONE in Chambers on this 5th day of October, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE